AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00272 |
| Francis Biondo | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 10/16/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* |  |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Francis Biondo__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(D) (Disorderly or disruptive conduct in a Capitol building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 10/16/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.10.16 12:48:19 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.
G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/16/2023, and the person was arrested on *(date)* 10/18/2023
at *(city and state)* Richmond, Virginia.

Date: 10/18/2023

*Arresting officer's signature*

Special Agent Andrew Reynolds
*Printed name and title*